IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORENZO McCORKLE,                                )
                                                 )
                      Plaintiff,                 )
                                                 )
vs.                                              )          Civil No.   17-cv-476-JGP-CJP
                                                 )
NANCY A. BERRYHILL, Acting                       )
Commissioner of Social Security,                 )
                                                 )
                      Defendant.                 )
                                                 )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Lorenzo McCorkle and against defendant Nancy

A. Berryhill, Acting Commissioner of Social Security.

**DATED:   March 13, 2018**


                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY: s/Tina Gray**
                                             **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**